UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 3/27/2024 __

Perdue Farms Inc..,

                         Plaintiffs,

          -against-

A&M Bronx Baking, Inc.
                  Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

7:23-cv-06777-NSR-VR

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled **May 8, 2024 at 11:00 AM.**

The parties are to dial in to the ATT conference line at 877-336-1839, enter access code 5999739

and then # to enter the conference. At the Status Conference, the parties should be prepared to

discuss the following:

(1) a brief summary of claims, defenses, and relevant issues;
(2) the basis of subject matter jurisdiction;
(3) the subjects on which discovery may be needed;
(4) any anticipated discovery disputes or sought-after limitations on discovery;
(5) any plans for electronic discovery and ESI protocols;
(6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
(7) any anticipated motions; and
(8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:    White Plains, New York
           March 27, 2024

                                   _____
                                   VICTORIA REZNIK
                                   United States Magistrate Judge