MEMO ENDORSED



# SOBEL PEVZNER, LLC

NEW YORK ♦ NEW JERSEY ♦ PENNSYLVANIA

**CURTIS SOBEL, ESQ.**
464 New York Avenue, Suite 100
Huntington, NY 11743
Tel (631) 549-4677
Fax (631) 549-0826
CSobel@SobelPevzner.com

*New York City Office*
30 Vesey Street, 8th Floor
New York, NY 10007
Tel (212) 216-0020
Fax (646) 688-3646

June 3, 2024

**VIA ECF**

Hon. Nelson S. Roman
U.S. District Court Judge
U.S. District Court, Southern District of N.Y.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re: *Perdue Farms Inc. v. A & M Bronx Baking, Inc., et al.*
Civil Action No.: 7:23-cv-06777-NSR
File No.: P-16080

Dear Honorable Judge Roman:

Please allow this letter to serve as an update with regard to the settlement of the above-referenced matter. We are still awaiting receipt of the settlement proceeds from defendants, A & M Bronx Baking, Inc. and Martin Rodriguez, and have been advised by defendants' counsel that we should be receiving the settlement draft shortly.

As such, we respectfully request a brief extension of time within which to file the Stipulation of Dismissal with this Court.

Thank you for your consideration and courtesies.

Very truly yours,

SOBEL PEVZNER, LLC

*Curtis Sobel*

CURTIS SOBEL

CS:lml

cc: Jessica Klotz, Esq., Lewis Johs Avallone Aviles, LLP
Frank Scahill, Esq., Scahill Law Group, P.C.

---

**The parties' request is GRANTED. The parties are directed to file a stipulation of dismissal on or before June 28, 2024. The Clerk of the Court is directed to terminate the motion at ECF No. 28.**

Dated: June 6, 2024
White Plains, NY

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

SDNY
DOCUMENT ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/06/2024